# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**SEALED**

<div style="border:1px solid black">

**FILED**

**Mar 14, 2024**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

</div>

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jesse Torres-Alonso | ) |
| | ) |
| | ) |
| | ) |
| | ) |

Case No.  1:24-mj-00032-SAB

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 28, 2023_____ in the county of _____Kern_____ in the
_____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 39A | Aiming the Beam of a Laser Pointer at Aircraft |

This criminal complaint is based on these facts:

See Affidavit, attached hereto and incorporated herein by reference.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jason D. Coffey, FBI Special Agent
*Printed name and title*

Sworn to before me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d).

Date:  **Mar 14, 2024**

_____
*Judge's signature*

City and state:  Bakersfield, California

Stanley A. Boone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jason D. Coffey, being sworn, depose and state the following:

### I.      INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2018.  I am currently assigned to the Bakersfield Resident Agency (BRA) in Bakersfield, California.  As such, I am an investigator or law enforcement officer of the United States, within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code, Section 2516.

2.      Since 2018, I have primarily conducted investigations related to terrorism, weapons of mass destruction, and violent crime.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Jesse Torres-Alonso ("Torres") has violated 18 U.S.C. § 39A – Aiming the Beam of a Laser Pointer at an Aircraft, as set forth below.

### II.      STATEMENT OF PROBABLE CAUSE

5.      In the evening of September 28, 2023, Kern County Sheriff's Office (KCSO) Air Unit with call sign AIR-1 was patrolling the area of South Union Avenue and Taft Highway in Bakersfield at approximately 500 feet above ground level ("AGL") when it was repeatedly struck by a dangerously bright green laser.[1]  During that time, as AIR-1 flew in a circle around the origin of the laser, the subject holding the laser continually changed the direction of the laser beam so that it tracked the location of

---

[1] Any and all references herein to dates and times are to approximate dates and times.

1  AIR-1.

2        6.     Utilizing navigation software integrated with the AIR-1's onboard cameras, KCSO

3  Tactical Flight Officer Kevin Austin and Pilot Aaron Mendez determined that the green laser was

4  originating from a subject located in the back yard of the residence at 9914 Ramos Avenue, Bakersfield,

5  California. Austin advised on the radio that their aircraft was being repeatedly struck by a laser and

6  deputies were dispatched to the residence. Austin described the subject as a Hispanic male adult wearing

7  black colored short pants and no shirt. Prior to deputies arriving at the residence, the subject, later

8  identified as Jesse Torres-Alonso ("Torres"), entered the residence.

9        7.     At around 9:16 p.m., after KCSO deputies arrived on-scene, Torres, a Hispanic male

10  adult, exited the residence wearing black colored short pants and no shirt. Torres was placed into

11  handcuffs and walked to the front yard of the residence. AIR-1 shined its light toward Torres and

12  Tactical Flight Officer Austin positively identified him as the subject who had been pointing the laser at

13  AIR-1.

14        8.     At around 9:17 p.m., Torres was taken to KCSO Deputy Al Tareb's patrol vehicle. Upon

15  advice and waiver of his Miranda rights, Torres advised that the laser was in the kitchen toward the back

16  of the house and . admitted that the laser device belonged to him. He said he had purchased the laser

17  device online.  Torres initially said he had just been pointing the laser device at the stars but did admit to

18  seeing the helicopter.  Torres nodded his head "yes" when asked whether he knew he should not point

19  lasers at people. Torres acknowledged that he knew lasers can be dangerous to somebody's eyes and that

20  he knew what he did was wrong. However,  he indicated he had not read the warning label on the laser

21  device and did not fully understand the dangers posed by pointing a laser beam at an aircraft. After

22  initially denying aiming the laser beam at the helicopter, Torres said he had been outside smoking a

23  cigarette when he saw the helicopter and decided to discharge the laser at the helicopter. Torres also

24  stated he was sorry for what he had done.

25        9.     While Torres was speaking with the deputies, other deputies received consent from

26  Torres's mother to enter the home and search for the laser. Deputies found the laser at the back of the

27  kitchen on the counter, as Torres had indicated. Deputies tested the laser and found that it emitted a

28  green laser beam.

1    10.    The laser was affixed with a warning label with "DANGER" prominently displayed and

2    warnings against exposure to the beam and to not point the laser at anyone's eyes. The label also gave

3    the following information: Maximum output power < 5mW, wavelength 532 nm plus or minus 10nm,

4    and that it is a Class II laser product in compliance with 21 CFR.

5    11.    The laser strikes, totaling 12,  impaired the airmen's vision.   Pilot Mendez specifically

6    reported that the laser strikes interfered with his ability to see and avoid other aircraft and to monitor the

7    instrument panel. He also stated that the laser strikes interfered with AIR-1's law enforcement patrol.

8    IV.    REQUEST TO SEAL

9    12.    I further request that the Court seal all papers submitted in connection with this Affidavit,

10    including the complaint, the arrest warrant, and the supporting application, except that copies may be

11    maintained by the U.S. Attorney's Office and may be served on Special Agents and other law

12    enforcement officers with the FBI and federally deputized state and local law enforcement officers, and

13    other government and contract personnel acting under the supervision of such law enforcement officers,

14    ///

15    ///

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

COMPLAINT AFFIDAVIT

3

~~as needed to effectuate the warrants.  These documents pertain to an ongoing criminal investigation that~~

~~is neither public nor known to all of the targets of this investigation.  Accordingly, there is good cause to~~

~~seal these documents because their premature disclosure may seriously jeopardize this investigation, and~~

~~better ensure the safety of agents and the general public at the time the search and arrest warrants are~~

~~executed.~~

## **CONCLUSION**

13.     The above facts set forth probable cause to believe that Jesse Alonso Torres is in violation of 18 U.S.C. § 39A – Aiming the Beam of a Laser Pointer at an Aircraft. I request that an arrest warrant be issued for Torres for this violation.

JASON D. COFFEY
Special Agent, Federal Bureau of Investigation

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P 4(d) and 4.1 this 14th  day of March 2024.

STANLEY A. BOONE
U.S. Magistrate Judge, Eastern District of California

Reviewed and approved as to form:

/s/ Karen A. Escobar
Karen A. Escobar
Assistant U.S. Attorney